# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Lewis, Rashenda Marlene | Docket No. | 0980 1:22CR02101-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rashenda Marlene Lewis, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 26th day of October 2022, under the following conditions:

Order Number 2 (ECF 5, line 17): Defendant shall be temporarily released from Yakima County Jail to a representative of Medicine Wheel on Tuesday, November 1, 2022, at 12 p.m. and shall proceed directly to and enter treatment at Medicine Wheel in Saint Helens, Oregon.

Order Number 3 (ECF 5, line 1): If Defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the United States Probation Officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 26, 2022, U.S. District Judge Dimke reviewed Ms. Lewis' conditions of pretrial release with her in Court. Ms. Lewis acknowledged an understanding of her conditions.

Violation #1: Ms. Lewis is alleged to be in violation of pretrial release by violating the rules at Medicine Wheel Recovery Services inpatient treatment facility in the District of Oregon and being terminated on December 12, 2022.

On December 12, 2022, this officer was contacted via telephone by the supervising probation officer in the District of Oregon, advising he was contacted via telephone by Ms. Lewis' counselor as well as the executive director at Medicine Wheel Recovery Services on December 12, 2022, advising Ms. Lewis was caught fraternizing with another male resident, which violates their facility rules.

On December 12, 2022, the below said officer made telephone contact with Ms. Lewis' counselor who advised Ms. Lewis had been having behavioral issues over the past week and was given a verbal warning. Per the counselor, a peer support counselor observed Ms. Lewis and the male client "coupling" over the weekend of December 9 and 10, 2022. She further advised the male was terminated on December 12, 2022. The counselor stated, before being terminated, the male client showed staff text messages between the two, and shared they had been meeting after treatment groups and during personal time. According to Ms. Lewis' counselor, the male client stated they had been pursuing a relationship since Ms. Lewis' arrival. Ms. Lewis' counselor confirmed she was terminated on December 12, 2022, and an incident report with termination documents would be forthcoming.

PS-8

Re: Lewis,, Rashenda Marlene
December 12, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2022

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

December 13, 2022

Date