PROB 12C
(6/16)

Report Date: August 5, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2026

SEAN F. MCAVOY, CLERK

ECF No. 83

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rashenda Marlene Lewis

Case Number: 0980 1:22CR02101-SAB-1

Address of Offender: [redacted], White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 3, 2023

Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Original Sentence: Prison - Time Served (176 days)
Supervised Release - 36 months

Type of Supervision: Supervised Release

Revocation Sentence: February 6, 2025: Prison - Time Served (70 days)
Supervised Release - 33 months

Asst. U.S. Attorney: Michael Murphy

Date Supervision Commenced: February 6, 2025

Defense Attorney: Craig Webster

Date Supervision Expires: November 5, 2027

---

## PETITIONING THE COURT

To issue a warrant.

On October 12, 2023, supervised release conditions were reviewed and signed by Ms. Lewis acknowledging an understanding of her requirements.

On February 10, 2025, supervised release conditions were reviewed for a second time by Ms. Lewis acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Ms. Lewis is alleged to be in violation of her supervised release by failing to report or contact the probation office as directed since July 15, 2026. |

On July 15, 2026, this officer made contact with Ms. Lewis at her listed residence in White Swan, Washington. Ms Lewis was reminded to continue to report to the probation office during the first week of every month as she had been doing since February 2025.

On Sunday July 26, 2026, extensive wildfires began in White Swan. The city was evacuated. Between July 27, 2026, and August 3, 2026, this officer attempted to contact Ms. Lewis on her listed cellular telephone twice a day via text messages and voice messages to check on her, however, the calls went directly to voicemail. This officer also attempted to contact her father on his listed cellular telephone, however, a text message response advised this officer had the wrong phone number.

Due to no response from Ms. Lewis, this officer conducted a home visit on August 4, 2026. Upon arrival, the front door was ajar. This officer knocked and called out "hello." After several minutes Ms. Lewis' daughter came to the door. This officer asked if Ms. Lewis was there. Her daughter stated "no." This officer asked if Ms. Lewis was still residing in the home, her daughter stated "yes." This officer asked when was the last time she saw Ms. Lewis. Her daughter did not answer. The daughter refused to answer any further questions. This officer provided a business card directing Ms. Lewis to report to the probation office by 10 a.m. on August 5, 2026.

Ms. Lewis failed to report nor contact this officer on August 5, 2026. Ms. Lewis's whereabouts is currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/05/2026

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Stan Bastian
Signature of Judicial Officer

8/6/2026
Date