PROB 12C
(6/16)

Report Date: September 9, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2026

SEAN F. MCAVOY, CLERK

ECF No. 108

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rashenda Marlene Lewis | Case Number: 0980 1:22CR02101-SAB-1

Address of Offender: [redacted] White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 3, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - Time Served (176 days)<br>Supervised Release - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 6, 2025) | Prison - Time Served (70 days)<br>Supervised Release - 33 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: February 6, 2025 |
| Defense Attorney: | Britane Hubbard | Date Supervision Expires: November 5, 2027 |

## PETITIONING THE COURT

To incorporate the below violations with the petitions pending before the Court dated August 6, and August 25, 2026.

On October 12, 2023, supervised release conditions were reviewed and signed by Ms. Lewis acknowledging an understanding of her requirements.

On February 10, 2025, supervised release conditions were reviewed for a second time by Ms. Lewis acknowledging an understanding of her requirements.

Ms. Lewis has a supervised release revocation hearing set for September 10, 2026, before Your Honor. She is currently on abscond status.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**:You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Lewis is alleged to be in violation of her supervised release by committing Child Abuse or Neglect- DV, in violation of Revised Yakama Code (R.Y.C.) |

10.01.21, Failure to Send Children to School, in violation of R.Y.C. 10.01.71, and Unauthorized Use of Property to Include Vehicles, in violation of R.Y.C. 10.01.155, Yakama Nation Police Department (YNPD) incident number 26-005516, on September 8, 2026.

On September 9, 2026, this officer reviewed YNPD incident report 26-005516, dated September 8, 2026. According to the report, on September 8, 2026, Yakama Nation Tribal police were called to Ms. Lewis' father's house in White Swan, Washington, in reference to child abuse. Per her father, five of his seven grandchildren are living with him, however, he is not the legal guardian, therefore, he cannot enroll them in school. He shared Ms. Lewis did not enroll her children in school as she had not been seen in "a couple of months."

Additionally, the report notes her father informed officers Ms. Lewis gained access to the keys of his Dodge Caravan and he did not know she had them. He reported the vehicle has been missing since July 15, 2026, along with Ms. Lewis's two additional children. Per the report, her father wanted to report the vehicle stolen as Ms. Lewis took it without permission and has not returned it.

7 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Ms. Lewis is alleged to be in violation of her supervised release by being committing Assault with a Deadly Weapon, in violation of R.Y.C. 10.01.10, Columbia River Inter-Tribal Police Department case number 26-0315.

On August 28, 2026, this officer was notified via email and then reviewed incident report number 26-0315 as written by Columbia River Inter-Tribal Police Department, that on August 27, 2026, officers were called to Lyle Property located in Klickitat County, Washington, for a shots fired call. Lyle property is located along the Columbia River in Zone 6. Zone 6 lies between the Bonneville Dam and the McNary Dam.

According to the victim on August 27, 2026, at approximately 10:10 p.m. two individuals went to the victim's trailer, located on the west end of the Lyle Property, to confront her son about some alcohol he had stolen from the two suspects. The victim identified Ms. Lewis and told officers Ms. Lewis had a pistol in her hand and was waving it around. She then pointed it at her son briefly before pointing it at the ground just outside the trailer and shooting it once. The victim stated her other son then offered Ms. Lewis and her associate $15 to "just go away" and they left.

According to the incident report, the case was referred to a detective with the Klickitat County Sheriff's office for charges of Assault with a Deadly Weapon, in violation of R.Y.C. 10.01.10.

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted new law violations with the petitions pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/09/2026

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

9/9/2026
Date