PROB 12C
(6/16)

Report Date: October 2, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2026

SEAN F. McAVOY, CLERK

ECF No. 123

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rashenda Marlene Lewis    Case Number: 0980 1:22CR02101-SAB-1

Address of Offender: [redacted] White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 3, 2023

Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Original Sentence: Prison - Time Served (176 days)
Supervised Release - 36 months    Type of Supervision: Supervised Release

Revocation Sentence: (February 6, 2025) Prison - Time Served (70 days)
Supervised Release - 33 months

Asst. U.S. Attorney: Michael Murphy    Date Supervision Commenced: February 6, 2025

Defense Attorney: Britane Hubbard    Date Supervision Expires: November 5, 2027

---

### PETITIONING THE COURT

To incorporate the below violation with the petitions pending before the Court dated August 6, August 25, and September 9, 2026.

On October 12, 2023, supervised release conditions were reviewed and signed by Ms. Lewis acknowledging an understanding of her requirements.

On February 10, 2025, supervised release conditions were reviewed for a second time by Ms. Lewis acknowledging an understanding of her requirements.

Ms. Lewis has a supervised release revocation hearing set for October 27, 2026, before Your Honor. She is currently in custody at the Yakima County jail.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer |

and treatment provider

**Supporting Evidence**: Ms. Lewis is alleged to be in violation of her supervised release by failing to follow through with substance abuse treatment since August 13, 2026.

On August 13, 2026, Ms. Lewis secured a substance abuse evaluation at Merit Resource Services (Merit). She was recommended to enter and complete intensive outpatient treatment, level 2.1. Per the Merit counselor, Ms. Lewis was directed to return to Merit on August 19, 2026, for her delayed admit into treatment appointment. Ms. Lewis failed to return or make contact with Merit after August 13, 2026, and went on warrant status August 25, 2026.

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted violation with the petitions pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/02/2026

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/2/2026

Date